IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBHI HASAN and MARYAM SOON, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | No.: 11-cv-5109 |
| | : | |
| ALLSTATE INSURANCE COMPANY, INC | : | |
|     Defendant. | : | |

**O R D E R**

**AND NOW**, this 24TH day of April, 2013, upon consideration of Defendant Allstate Insurance Company, Inc.'s Motion for Summary Judgment (Doc. No. 14) and Plaintiff's response in opposition (Doc. No. 18), and Defendant's reply (Doc. No. 19) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.

BY THE COURT:


/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE